IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JULIA ZELLER                                                    PLAINTIFF

        V.                CIVIL NO. 08-5021

WAL-MART STORES, INC.                                           DEFENDANT

## **ORDER**

Currently before the Court is Defendant's Unopposed Motion for Extension of Time (Doc. 15) to file dispositive motions. The Court being well and sufficiently advised in the premises, finds the motion should be and is hereby **GRANTED**. Accordingly, the dispositive motion deadline is extended through September 18, 2008.

IT IS SO ORDERED this 4th day of September, 2008.

/S/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge